### KNOX *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 29, September Term, 1962.]

*Decided November 19, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, HORNEY and SYBERT, JJ.

PER CURIAM.

Judge Anderson's opinion in the Circuit Court for Montgomery County fully covers the points raised by the petition filed herein under the Post Conviction Procedure Act. He thoroughly considered the facts and found against the applicant thereon with regard to the only contention now urged as a ground for granting leave to appeal. On the basis of his opinion, the application for leave to appeal is denied.

*Application denied.*